CHRISTOPHER D. PHIPPS, ESQ.
Nevada State Bar No. 3788
ALAN W. WESTBROOK, ESQ.
Nevada State Bar No. 6167
PERRY & WESTBROOK
A Professional Corporation
6490 South McCarran Blvd., Suite C-20
Reno, Nevada 89509
Telephone: (775) 829-2002
Facsimile : (775) 829-1808
E-Mail: cphipps@perrywestbrook.com;
awestbrook@perrywestbrook.com
Attorneys for Defendant
GRANITE RIDGE COMMUNITY ASSOCIATION,
a Nevada non-profit corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, N.A., SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD STREET LLC, a Nevada limited liability company; GRANITE RIDGE COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants.<br>_____/ | Case No.: 2:16-cv-02720-JCM-NJK<br><br>**STIPULATION AND ORDER TO REASSIGN MATTER TO THE UNOFFICIAL NORTHERN DISTRICT** |

WHEREAS the real property which is the subject of this action is located in Washoe County, Nevada;

WHEREAS the foreclosure sale undertaken with respect to the subject real

Page 1 of 2

property was conducted in Washoe County, Nevada; and

WHEREAS this matter was inadvertently filed in the Unofficial Southern Division of the Court.

IT IS HEREBY STIPULATED AND AGREED THAT this matter be transferred and reassigned to the Unofficial Northern Division of the Court for all further proceedings.

DATED this 25th day of January, 2017.

BALLARD SPAHR LLP

_/s/ Abran E. Vigil_

ABRAN E. VIGIL, ESQ.
Nevada State Bar No. 7548
SYLVIA O. SEMPER, ESQ.
Nevada State Bar No. 12863
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070

Attorneys for Plaintiff

DATED this 30th day of January, 2017.

PERRY & WESTBROOK
A Professional Corporation

_/s/ Christopher D. Phipps_  #3788

CHRISTOPHER D. PHIPPS, ESQ.
Nevada State Bar No. 3788
ALAN W. WESTBROOK, ESQ.
Nevada State Bar No. 6167
6490 South McCarran Blvd., Suite C-20
Reno, Nevada 89509
Telephone: (775) 829-2002
Facsimile: (775) 829-1808

Attorneys for Defendant
GRANITE RIDGE COMMUNITY
ASSOCIATION, a Nevada non-profit
corporation

## ORDER

IT IS SO ORDERED February 1, 2017.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE